UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONELE ROMERO BAILEY,          Case No. 00-CR-80131-DT

    Defendant.          Honorable Patrick J. Duggan

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan, on May 24, 2006.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On December 10, 2003, Defendant was sentenced to the custody of the Bureau of Prisons for a term of 10 months.

Presently before the Court is a motion by Defendant to reduce his sentence. Defendant's motion must be denied. Once a Court has imposed a sentence, the Court has limited authority to modify that sentence. Rule 35 of the Federal Rules of Criminal Procedure gives authority to the Courts to reduce a sentence <u>upon the Government's motion</u> and based on substantial assistance of the Defendant in investigating or prosecuting another person. In this case, there has been no motion on behalf of the Government and therefore, the Court has no authority to reduce or modify Defendant's sentence.

Defendant's Motion for Reduction of Sentence is **DENIED**.

**SO ORDERED.**

                                         s/PATRICK J. DUGGAN
                                         UNITED STATES DISTRICT JUDGE

Copies to:
Donele Romero Bailey, #462861
Mound Correctional Facility
17601 Mound Road
Detroit, MI 48212

William Soisson, A.U.S.A.